32893/09572/JRD                                                              Attorney #

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BRENDA WELLS, Administrator of the Estate of DOUGLAS WELLS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 09-cv-00382HEA ) ) |
| SKYJACK, INC., et al., | ) ) |
| Defendants. | ) |

## DEFENDANT SKYJACK, INC.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1, Skyjack, Inc. states that it is a wholly-owned subsidiary of Linamar Corp. and no other publicly held corporation owns more than 10% of its stock.

DATED this 20th day of May, 2009.

                                                Respectfully submitted,

                                                /s/ J. Randall Davis
                                                J. Randall Davis, Esq.
                                                Marc A. Altenbernt, Esq.
                                                Cassidy Schade LLP
                                                1870 W. Winchester Road, Suite 148
                                                Libertyville, IL 60048
                                                Ph: 847-932-6922
                                                Fax: 847-932-6947
                                                Email: jrd@cassiday.com
                                                Email: ma@cassiday.com
                                                Attorneys for Skyjack, Inc.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that one copy of the foregoing was sent via electronic service this **20th** day of **May, 2009**.

| | |
|---|---|
| Gerard B. Schneller, Esq.<br>Eric D. Holland, Esq.<br>Steven J. Stolze, Esq.<br>Holland, Groves, Schneller & Stolze, LLC<br>300 N. Tucker Blvd., Suite 801<br>St. Louis, MO 63101<br>*Attorneys for Plaintiff Brenda K. Wells, Administrator of the Estate of Douglas S. Wells, Deceased.* | Russell F. Watters<br>Jackie M. Kinder<br>Brown & James, P.C.<br>1010 Market Street<br>20th Floor<br>St. Louis, MO 63101<br>rwatters@bjpc.com<br>jkinder@bjpc.com<br>*Attorneys fro Bolzenius and Sons Electric, Inc.* |

  /s/ J. Randall Davis
J. Randall Davis, Esq.
Marc A. Altenbernt, Esq.

7226528 MALTENBE;MALTENBE