IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
AT ST. LOUIS

BRENDA K. WELLS; JUSTIN WELLS; )
and WILMA WELLS, )
                                                      )
     Plaintiffs, )    No.: 4:09CV00382HEA
                                                      )
V. )    **JURY TRIAL DEMANDED**
                                                      )
SKYJACK, INC., a Division of Linamar )
Corp., a Canadian Corporation, )
                                                      )
    and )
                                                      )
BOLZENIUS AND SONS ELECTRIC, )
INC., A Missouri Corporation, d/b/a )
BO CO ELECTRICAL & MECHANICAL )
and d/b/a BOCO, INC., )
                                                      )
     Defendants. )

## AFFIDAVIT OF RUSS RASNIC

I, Russ Rasnic, having first been duly sworn upon my oath, state that the following facts are based upon my personal knowledge and are true and accurate to the best of my knowledge, information, and belief.

Many competitive lifts of this style incorporate the enabling control as a part of the same device used to actuate the lift/lower function. In fact, Skyjack redesigned the controls in later years to be actuated with a single hand, according to the testimony of Bradley John Boehler. Given the foreseeability of operators frequently needing use of their free hand to control materials that would reasonably be expected to be transported along with the operator, enabling controls actuated



PLAINTIFF'S EXHIBIT
1

by the same hand as the functions is desirable and a safer alternative. With the single hand controls, the incentive to defeat the enabling function is removed, since the other hand is already free. In this specific case, assuming the single hand actuated enabling switch was functioning properly, it would not have been defeated, Mr. Wells would have been able to stop he machine even if the up/down button stuck, and this accident would have been prevented.

FURTHER AFFIANT SAYETH NAUGHT

STATE OF Arkansas )
COUNTY OF Garland ) §
)

7/7/2010
Date

_____
Russ Rasnic

SUBSCRIBED and SWORN to before me this 7th day of July, 2010.

Amanda Jensen
My Commission Expires: 01/10/2017
Notary Public

OFFICIAL SEAL
AMANDA JENSEN
GARLAND COUNTY
NOTARY PUBLIC - ARKANSAS
MY COMMISSION EXPIRES JAN. 10, 2017

2